NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OMAN FASTENERS, LLC,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant*

**MID CONTINENT STEEL & WIRE, INC.,**
*Defendant-Appellant*

---

2023-1661

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00348-MMB, Judge M. Miller Baker.

---

**ON MOTION**

---

Before STOLL, *Circuit Judge.*

**O R D E R**

Mid Continent Steel & Wire, Inc. moves to expedite briefing and oral argument in this appeal. Oman Fasteners, LLC opposes.

While Mid Continent may continue to self-expedite the filing of its briefs, it has not made a sufficient showing to shorten the time for the Oman Fasteners.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

| | |
|---|---|
| <u>April 5, 2023</u> | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |

cc: Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice