

PMM:TKH:KMGeddes                                              Telephone:  (202) 307-2867
DJ No. 54-22-0348

_____

*Washington, DC 20530*

April 6, 2023

Peter R. Marksteiner
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20005

      Re:    *Oman Fasteners LLC v. United States*, No. 22-0348

Dear Mr. Marksteiner:

      The Government did not file a notice of appeal in this case.  Accordingly, we will not be filing a brief in this matter, nor will we participate in any oral argument for this case.  Thank you for your consideration.

          Very truly yours,

          _____/s/ Kelly Geddes_____
          Kelly M. Geddes
          Commercial Litigation Branch