| | |
|---|---|
| **FORM 9A. Notice of Related Case Information** | **Form 9A (p. 1)**<br>**March 2023** |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1661

**Short Case Caption** Oman Fasteners, LLC v. US

**Filing Party/Entity** Oman Fasteners, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Mid Continent Steel & Wire, Inc. v. United States, No. 23-1039 (Fed. Cir.) (originating from No. 1:15-cv-00214, Court of International Trade (Barnett, J.)).

Oman Fasteners, LLC v. United States, No. 24-1350 (Fed. Cir.) (originating from the final judgment in the same case as this interlocutory appeal, No. 1:22-cv-00348, Court of International Trade (Baker, J.)).

☐     Additional pages attached

FORM 9A. Notice of Related Case Information                                    Form 9A (p. 2)
                                                                                March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

Mid Continent Steel & Wire, Inc.
United States
Oman Fasteners, LLC

---

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

  THE BRISTOL GROUP PLLC: Adam H. Gordon, Lauren Fraid, Jennifer Michele Smith (Jennifer M. Smith-Veluz), Benjamin Jacob Bay
  UNITED STATES: Mikki Cottet, Ian Andrew McInerney, Jesus Nieves Saenz, Kelly M. Geddes, Tara Kathleen Hogan, Vincent dePaul Phillips, Jr., JonZachary Forbes
  PERKINS COIE LLP: Michael Paul House, Dan L. Bagatell, Andrew Caridas, Andrew Dufresne, Michael R. Huston, Nathan K. Kelley, John M. Devaney, Jonathan I. Tietz, Shuaiqi Yuan, David J. Townsend*, David S. Christy, Jr.* (*no longer affiliated with Perkins Coie)

---

☐    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/12/2024            Signature:  /s/Jonathan I. Tietz

                            Name:       Jonathan I. Tietz