NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OMAN FASTENERS, LLC,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant*

**MID CONTINENT STEEL & WIRE, INC.,**
*Defendant-Appellant*

---

2023-1661

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00348-MMB, Judge M. Miller Baker.

---

**ON MOTION**

---

Before WALLACH, *Circuit Judge.*

**O R D E R**

Oman Fasteners, LLC moves to dismiss this appeal as moot. Mid Continent Steel & Wire, Inc. opposes, and Oman Fasteners replies. The court notes that the case is ready to be assigned to a merits panel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is deferred to the merits panel assigned to this appeal.

(2) The Clerk of Court shall transmit a copy of the motion papers and this order to the merits panel.

FOR THE COURT

March 25, 2024
Date

Jarrett B. Perlow
Clerk of Court