# United States Court of Appeals for the Federal Circuit

---

**OMAN FASTENERS, LLC,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant*

**MID CONTINENT STEEL & WIRE, INC.,**
*Defendant-Appellant*

---

2023-1661

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00348-MMB, Judge M. Miller Baker.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered January 7, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

February 13, 2025
Date

Jarrett B. Perlow
Clerk of Court